THE STATE OF OHIO, APPELLEE, *v.* HEFT, APPELLANT.

[Cite as *State v. Heft*, 130 Ohio St.3d 270, 2011-Ohio-5714.]

(No. 2010–1228—Submitted November 1, 2011—Decided November 9, 2011.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

William T. Goslee, Logan County Prosecuting Attorney, and Daniel LaRoche, Assistant Prosecuting Attorney, for appellee.

Brian L. Heft, pro se.